UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VANYEL MUHAMMAD (#10019)

VERSUS

J. SCOTT WILSON

CIVIL ACTION

NUMBER 12-740-BAJ-SCR

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 7, 2012 (doc. no. 6) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, this action is dismissed pursuant to 28 U.S.C. § 1915 (e) (2) (B) (I), and without leave to amend because there is no conceivable, non-frivolous federal claims he could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, January 25, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA